THE AUGER & SIMON SILK DYEING COMPANY, PLAINT-
IFF-RESPONDENT, v. THE MAYOR AND COMMON
COUNCIL OF THE CITY OF NEWARK, DEFENDANTS-
APPELLANTS.

Submitted July 6, 1915—Decided November 15, 1915.

On appeal from the Supreme Court.

For the respondent, *William I. Lewis* and *Griggs & Harding.*

For the appellants, *Harry Kalisch.*

PER CURIAM.

The determining question involved in the case was con-
sidered and disposed of in the opinion filed at this term in
the case of the same plaintiff against the East Jersey Water
Company and the Jersey City Supply Company. There was,
in the present case, evidence from which the jury might infer
that after the plaintiff had withdrawn water from the river
and used it for dyeing purposes it was returned to the river
in a polluted condition. Such polluted discharge is forbidden
by law, and is not the reasonable use of flowing water to which
a riparian owner is entitled. For the reason given in the
opinion above referred to, the judgment under review will be
reversed and a new trial awarded.

*For affirmance*—GARRISON, TRENCHARD, BLACK, WHITE,
JJ.   4.

*For reversal*—THE CHANCELLOR, CHIEF JUSTICE, SWAYZE,
PARKER, BERGEN, MINTURN, KALISCH, VREDENBURGH, HEP-
PENHEIMER, TAYLOR, JJ.   10.